# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

REBECCA OLOTU,

        Plaintiff,                       CASE NO. 07-CV-10445

-vs-                                          PAUL D. BORMAN
                                             UNITED STATES DISTRICT JUDGE
HONORABLE MIKE O. LEAVITT,
SECRETARY OF THE DEPARTMENT
OF HEALTH & HUMAN SERVICES,

        Defendant.
_____/

## ORDER STRIKING PLAINTIFF'S RESPONSE BRIEF

On May 5, 2008, Plaintiff filed a thirty-page Response to Defendant's Motion to Dismiss and/or for Summary Judgment. Eastern District of Michigan Local Rule 7.1(c)(3) provides that response briefs must not exceed twenty (20) pages, unless a party makes an *ex parte* motion explaining reasons for an additional pages. Accordingly, the Court **STRIKES** Plaintiff's Response. (Doc. No. 22). Plaintiff has five (5) days from the date of this Order to re-file a brief with accompanying exhibits in accordance with the Local Rules.

**SO ORDERED.**

                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: May 14, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 14, 2008.

                                              s/Denise Goodine
                                              Case Manager